UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRES ESPINDOLA, | ) | Case No.: 1:21-cv-01255-NONE-JLT (HC) |
| Petitioner, | ) ) ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) | |
| MARTIN GAMBOA, Warden of Avenal State Prison, | ) ) ) | (Doc. 12) |
| Respondent. | ) ) | |

On September 13, 2021, Petitioner filed a motion to appoint counsel. (Doc. 12.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated:   **September 15, 2021**          _____ /s/ Jennifer L. Thurston
                                          CHIEF UNITED STATES MAGISTRATE JUDGE