UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES ESPINDOLA,<br><br>        Petitioner,<br><br>   v.<br><br>MARTIN GAMBOA, Warden of Avenal State Prison,<br><br>        Respondent. | Case No.: 1:21-cv-01255-NONE-JLT (HC)<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 22) |

On November 17, 2021, Petitioner filed a miscellaneous motion to either assign a district judge or order a change of venue. (Doc. 22.) However, Respondent has served its answer (Doc. 20), and Petitioner has been granted additional time to file his traverse (Doc. 24). Therefore, Petitioner's motion is hereby DISREGARDED.

IT IS SO ORDERED.

Dated: __December 6, 2021__        _____ /s/ Jennifer L. Thurston
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE