**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRES ESPINDOLA,<br><br>            Petitioner,<br><br>    v.<br><br>MARTIN GAMBOA,<br><br>            Respondent. | Case No. 1:21-cv-01255 JLT CDB  (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING THE CLERK OF COURT TO CLOSE THE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>(Doc. 32) |

Andres Espindola proceeds with his amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction of second-degree murder and asserting the trial court erred through failing to instruct the jury on the lesser included offense of involuntary manslaughter. (Doc. 13.) The magistrate judge found Petitioner fails to "show that the state appellate court's rejection of his claim was contrary to, or an unreasonable application of, clearly established Supreme Court precedent, nor was it based on an unreasonable determination of the facts." (Doc. 32 at 11.) The magistrate judge determined that "Petitioner is not entitled to habeas relief on his instructional error claim." (*Id.* at 14; *id.* at 11-13.) Therefore, the magistrate judge recommended the Court deny the petition. (*Id.* at 14.)

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 14 days. (Doc. 32 at 15.) The Court advised Plaintiff that "[f]]ailure to file objections within the specified time may waive the right to appeal the district

judge's order." (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Additionally, the Court finds a certificate of appealability should not issue.

"[A] state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his application." *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003). If the Court denies a petition on the merits, it may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). While Petitioner is not required to prove the merits, he must show "something more than the absence of frivolity or the existence of mere good faith on his . . . part." *Miller-El*, 537 U.S. at 338. The Court finds reasonable jurists would not find the determination that the petition should be denied debatable or wrong, or that Petitioner should be allowed to proceed further. Because Petitioner does not make the required substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 14, 2025 (Doc. 32) are **ADOPTED** in full.
2. The amended petition for writ of habeas corpus (Doc. 13) is **DENIED**.
3. The Clerk of Court is directed to close the case.
4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated: __**August 7, 2025**__                            _____
                                                                                        UNITED STATES DISTRICT JUDGE